# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IA CONSTRUCTION CORPORATION : No. 74 WM 2016
AND LIBERTY MUTUAL INSURANCE :
CO., :
 :
 :
 :
 :
 :
 :
 v. :
 :
 :
WORKERS' COMPENSATION APPEAL : Bill of Costs
BOARD (RHODES) :
 :
PETITION OF: JEFFREY RHODES :

## ORDER

**AND NOW**, this 22nd day of July, 2016, in consideration of the Bill of Costs submitted on behalf of Jeffrey Rhodes, the costs related to review by the Supreme Court of Pennsylvania in the matter at 18 WAP 2015, are taxed against IA Construction Corporation and Liberty Mutual Insurance Co. in the amount of four hundred and ninety-seven dollars and seventy-four cents ($497.74). Costs calculated as follows:

Reproduction of Supreme Court Brief & Reproduced
Record.................................................................................$432.24
Bill of Costs Filing Fee................................................$ 65.50
         Total  $497.74

_____
   Irene M. Bizzoso, Prothonotary